IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITY BANK, as the assignee of First Hallmark Mortgage Corporation,  **Plaintiff**  vs.  HENRY NYANTI, SR., and REBECCA H. WILSON,  **Defendants** | No. 1:CV-05-2372  Civil Action  FILED HARRISBURG  JAN 1 0 2006  MARY E. D'ANDREA, CLERK  Per_____ Dep. Clerk |

## ORDER

AND NOW, this 10th day of January, 2006, it is hereby

ORDERED that parties' Stipulation for the Entry of Judgment is APPROVED; and it is further

ORDERED that judgment in mortgage foreclosure be entered in Plaintiff's favor and against Defendants for $240,614.18, which includes interest through November 15, 2005, plus additional accrued interest at $37.89 per day from and including November 16, 2005.

BY THE COURT:

_____
Conner, J.

110205.01414/50313787v.2