AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

FILED
HARRISBURG, PA

JAN 10 2006

MARY E. D'ANDREA,
Per _____, CLERK
           Deputy Clerk

UNITY BANK, as the assignee of First Hallmark
Mortgage Corporation,
          Plaintiff

v.

HENRY NYANTI, SR., and REBECCA H. WILSON,
          Defendants

CASE NUMBER: 1:05-CV-2372

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT IN MORTGAGE FORECLOSURE BE AND IS HEREBY ENTERED in favor of Plaintiff UNITY BANK, as the assignee of First Hallmark Mortgage Corporation, and against Defendants HENRY NYANTI, SR., and REBECCA H. WILSON, for $240,614.18, which includes interest through November 15, 2005, plus additional accrued interest at $37.89 per day from and including November 16, 2005.

Date: January 10, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk